No. 893. UNITED MINE WORKERS OF AMERICA *v.* LOVE & AMOS COAL CO. Court of Appeals of Tennessee. Certiorari denied. *E. H. Rayson, R. R. Kramer* and *Harrison Combs* for petitioner. *J. Clarence Evans* and *John A. Rowntree* for respondent.

No. 660. SEATTLE BUILDING & CONSTRUCTION TRADES COUNCIL ET AL. *v.* ROSLING ET AL. Supreme Court of Washington. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Hugh Hafer* and *Richard P. Donaldson* for petitioners. *DeWitt Williams* for respondents.

No. 818. TIMKEN ROLLER BEARING CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *John G. Ketterer* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 848. MICHALSKY *v.* CITY OF NEW YORK. Motion to dispense with printing the petition for writ of certiorari granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 788, Misc. GOSNELL *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se. C. Donald Robertson*, Attorney General of West Virginia, and *C. Robert Sarver*, Assistant Attorney General, for respondent.